IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | CRIMINAL NO. 09-256-1 |
| : | |
| JOHNNY COBB, : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 12th day of November 2009, upon consideration of Defendant's Motion to Suppress [Doc. No. 46], an evidentiary hearing and oral argument held thereon [Doc. No. 65], and resulting briefs from both parties [Doc. Nos. 64, 67], it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe*
Cynthia M. Rufe, J.